IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-3049-CR-SRB |
| | ) | |
| ANTHONY RICHARD SALOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation finding Defendant Anthony Salois incompetent to stand trial (Doc. #38). Defendant did not file an objection to the Report and Recommendation. After an independent and careful review, the Court adopts Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that Judge Rush's Report and Recommendation (Doc. #38) shall be attached to and made part of this Order. The Court finds Defendant Anthony Salois incompetent to stand trial, and commits Defendant to the custody of the Attorney General for treatment.

IT IS SO ORDERED.


DATED: August 10, 2015          /s/ Stephen R. Bough
                                                       JUDGE STEPHEN R. BOUGH
                                                       UNITED STATES DISTRICT COURT