IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:14-cr-03049-SRB-1 |
| ) | |
| ANTHONY RICHARD SALOIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending Defendant be found competent to stand trial under 18 U.S.C. § 4241, and that he undergo a psychological evaluation to determine his sanity at the time of the alleged offense pursuant to 18 U.S.C. § 4242. (Doc. #55). Defendant objects to the Report and Recommendation in filing Defendant's Exceptions to the Report and Recommendation as to Defendant's Competency to Stand Trial. (Doc. #58). By his objection, Defendant argues he is not competent to stand trial "because he does not understand the nature and consequences of the proceedings against him and he is not able to assist counsel in his defense." *Id.*

After an independent and careful review of the record, the applicable law, and Defendant's arguments, the Court **OVERRULES** Defendant's objections, (Doc. #58), and **ADOPTS** Judge Rush's Report and Recommendation, (Doc. #55).

**IT IS SO ORDERED.**

DATED: <u>January 11, 2017</u>         /s/ Stephen R. Bough
                                         JUDGE STEPHEN R. BOUGH
                                         UNITED STATES DISTRICT COURT